```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 19990
   ELNORA SANDERS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-8031

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/21/2004 and was confirmed 09/02/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  28.53% from remaining funds.

     The case was paid in full 04/10/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00            .00            .00
GREAT BANK OF ALGONQUIN   SECURED NOT I  NOT FILED            .00            .00
GREAT BANK OF ALGONQUIN   UNSECURED      NOT FILED            .00            .00
LASALLE NATIONAL BANK     CURRENT MORTG        .00            .00            .00
BANK OF AMERICA NA        UNSECURED        1524.22            .00         434.81
CAPITAL ONE BANK          UNSECURED OTH    280.70             .00          79.49
SMC                       UNSECURED        891.54             .00         254.33
DISCOVER FINANCIAL SERVI  UNSECURED        4510.39            .00        1287.27
JC PENNEY                 UNSECURED      NOT FILED            .00            .00
KCA FINANCIAL SERVICES    UNSECURED      NOT FILED            .00            .00
PARKVIEW ORTHOPAEDIC GRO  UNSECURED      NOT FILED            .00            .00
RESURGENT ACQUISITION LL  UNSECURED        809.55             .00         230.94
RESURGENT ACQUISITION LL  UNSECURED        1558.98            .00         444.73
DEBRA J VORHIES LEVINE    DEBTOR ATTY     2,000.00                       2,000.00
TOM VAUGHN                TRUSTEE                                          236.43
DEBTOR REFUND             REFUND                                         1,770.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  6,738.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                       2,731.57
ADMINISTRATIVE                                  2,000.00
TRUSTEE COMPENSATION                              236.43
DEBTOR REFUND                                   1,770.00
                        ---------------      ---------------
TOTALS                   6,738.00               6,738.00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 19990 ELNORA SANDERS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/29/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

                              PAGE   2
        CASE NO. 04 B 19990 ELNORA SANDERS